# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Drell, Dee D. | Western Distric LA, Alexandria | 12/16/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

515 Murray Street
Alexandria, LA 71309

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | Mmember, Board of Directors | Louisiana Bar Foundatin |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drell, Dee D. | 12/16/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | State of Louisiana Department of Corrections--Salary |
| 2. 2012 | Self Employed counselor--_____--Service fees |
| 3. 2012 | Retirement Benefits, LASERS |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Kiwanis Club of Alexandria | 06/27-30/12 | New Orleans, LA | Kiwanis convention | Partial travel expense for spouse's convention attendance (Registration, travel, hotel) |
| 2. | Kiwanis Club of Alexandria | 08/03-05/12 | Lafayette, LA | Kiwanis District Convention | Partial travel expense for spouse's convention attendance (Registration and hotel) |
| 3. | Louisiana Bar Foundation | 07-26-27/12 | White Castle, LA | Board Meeting | Hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drell, Dee D. | 12/16/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | USAA Savings Bank | Credit Card | K |
| 2. | AT&T | Credit Card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drell, Dee D. | 12/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mineral Interest, Loving Cty , TX(assessed taxable $28,880) | C | Royalty | J | W | | | | | |
| 2. LASERS (Louisiana State Retirement System) | | None | | | Distributed | 07/01/12 | K | A | |
| 3. Red River Bank | | None | J | T | | | | | |
| 4. General Electric Co. COM | A | Dividend | J | T | Buy | 02/10/12 | J | | |
| 5. New York Cmnty Bancorp, Inc. COM | A | Dividend | J | T | Buy | 02/10/12 | J | | |
| 6. Equitable Variable Life Ins. Co. (See Part VIII) | B | Interest | J | T | | | | | |
| 7. Provident Life & Accident Ins. Co. (See Part VIII) | A | Interest | J | T | | | | | |
| 8. Pimco Global Multi-Asser C | A | Dividend | K | T | Buy | 02/10/12 | K | | |
| 9. Shaw Communications, Inc, Cl B Conv | A | Dividend | J | T | Buy | 02/10/12 | J | | |
| 10. Pershing Government Account (Y) | | | | | | | | | |
| 11. Sunamerica Money Market Fund (Y) | | | | | | | | | |
| 12. Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 13. Sunamerica Money Market Fund (Y) | | | | | | | | | |
| 14. FPA New Income Inc | A | Dividend | | | Sold | 01/03/12 | J | A | |
| 15. La Dept of Corrections Credit Union | A | Interest | J | T | | | | | |
| 16. Capital One Bank (X) | | None | | | Closed | 09/17/12 | J | A | |
| 17. JANUS Worldwide Fund | D | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drell, Dee D. | 12/16/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JANUS Balanced Fund | C | Distribution | L | T | | | | | |
| 19. Retail Properties of America, common (See Part VIII) | A | Dividend | J | T | Open | 03/20/12 | J | | |
| 20. Inland Western Real Estate Trust (See Part VIII) | A | Distribution | | | Merged (with line 19) | 03/20/12 | K | | |
| 21. American Electric Power Common Stock | A | Dividend | J | T | Buy (add'l) | 02/10/12 | J | | |
| 22. | | | | | | | | | |
| 23. Capital One Fin. Corp Com | A | Dividend | J | T | | | | | |
| 24. Citigroup, Inc Com | A | Dividend | | | Sold | 02/10/12 | J | A | |
| 25. | | | | | | | | | |
| 26. Medco Health Solutions Inc Com | | None | | | Sold | 02/10/12 | J | A | |
| 27. | | | | | | | | | |
| 28. Reynolds Amern Inc Com | A | Dividend | J | T | | | | | |
| 29. Southern Co Com | A | Dividend | K | T | | | | | |
| 30. Travelers Cos Inc Com | A | Dividend | | | Sold | 02/10/12 | J | A | |
| 31. XCEL Energy Inc Com | A | Dividend | J | T | | | | | |
| 32. Calamos Growth & Income Fund Class C | A | Dividend | J | T | | | | | |
| 33. Capital Income Builder Fund Class A | A | Dividend | | | Sold | 02/10/12 | J | A | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drell, Dee D. | 12/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FPA New Income Inc Com | A | Dividend | K | T | | | | | |
| 36. | | | | | | | | | |
| 37. Franklin Income Fund Class C | B | Dividend | K | T | | | | | |
| 38. The Income Fund of America Class C | A | Dividend | | | Sold | 02/10/12 | J | A | |
| 39. Templeton Global Balanced Fund, Class C1 (See Part VIII) | A | Dividend | K | T | | | | | |
| 40. | | | | | | | | | |
| 41. Thornburg Investment Income Builder Fund Class A | A | Dividend | | | Sold | 02/10/12 | J | A | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. Prudential Short Term Corporate Bond Fund | A | Dividend | | | Sold (part) | 04/16/12 | J | | |
| 45. | | | | | | Sold (part) | 10/12/12 | J | | |
| 46. | | | | | | Sold | 12/24/12 | J | | |
| 47. Vanguard Bond Index Fund, Inc. | A | Dividend | K | T | | | | | |
| 48. Vanguard Whitehall Funds, Inc. | A | Dividend | K | T | | | | | |
| 49. Brokerage Money Market (Account #1), FSC Securities Corp.) | A | Interest | J | T | | | | | |
| 50. ishares TR DJ Intl Sel Divd | A | Dividend | J | T | | | | | |
| 51. ishares TR S&P Moderate | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drell, Dee D. | 12/16/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Brokerage Money Market (Account #2), FSC Securities Corp. | A | Interest | J | T | Buy (add'l) | 01/05/12 | J | | |
| 53. | | | | | Buy (add'l) | 04/20/12 | J | | |
| 54. | | | | | Sold (part) | 04/23/12 | J | | |
| 55. | | | | | Sold (part) | 06/22/12 | J | | |
| 56. | | | | | Sold (part) | 10/15/12 | J | | |
| 57. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 58. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drell, Dee D. | 12/16/2013 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

From Part VII, line 1: Value based on non-consummated offer to purhcase

From Part VII, lines 6 and 7. : In regard to Equitable Variable Life Ins. Co and  Provident Life & Accident Insurance Company. Both are universal or variable life policies. Value  code reported for both is net value of unloaned portion of "Guaranteed Interest" Account..

From Part VII, line 2: Retirement Account converted into monthly retirement benefit in state retirement system (          now reported in Part III-B

From Part VIII, lines 19 & 20. The Inland Western REIT went public, becoming known as Retail Proeerties of America, and trust shares were converted to stock. Selections in Part VII did not adequately explain this action. Further, thye software would not alow me to spin off the asset on line 19 into line 20, where it now belongs. The pop-up box for entering a page number was there, but it refused to allow the entry, without explanation. Thus, I have simply described the transaction as OPEN.

from Part VII, Lines 39 & 40. This is apparently only a change of name as reflected on brokerage statements. Old name used on previous reports was Templeton Income Fund, Class C

In re: amendments to this report:

Part VII, lines 49 and 52 have been amended to reflect that there are two different money market accounts, both with FSC Securities Corp.

Part VII, line 37 lists Franklin Income Fund, Class C. The entry in column D(1) on this report is correct, as an amendment was previously filed for the 2011 report.  That amendment properly reflected that the sale of the Franklin asset in 2011 was only partial.

Part VII, The changed status for 3 previously reported funds has been added in  lines 10, 11, 13.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Dee D. Drell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544